UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ENRIQUE CASTILLO RODRIGUEZ,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ, et al.,<br>Respondent. | Case No. 2:26-cv-02810-TMC<br>ORDER REQUIRING RELEASE |

## I. ORDER

On September 3, 2026, the Court granted Petitioner Enrique Castillo Rodriguez's habeas petition and ordered Respondents to "RELEASE Petitioner Enrique Castillo Rodriguez subject to the terms of his previous bond." Dkt. 8. The Court regrets the confusion caused by this language; the Court overlooked when finalizing the order that the previous bond had been reimbursed and would need to be re-posted.

While the Court did not intend to disturb the $10,000 bond amount previously set by the immigration court, the Court finds that the release order was violated by ICE's failure to process the bond on September 4, 2026. *See* Dkt. 12. The Court therefore ORDERS that Petitioner be RELEASED today, September 7, 2026, no later than 6 PM. If Petitioner has not yet posted bond,

he may do so no later than September 18, 2026, after his release. The terms of supervision of his previous bond remain in place.

Petitioner's counsel are advised in the future to call the after-hours line in similar situations. The Court was not aware of the filing at Dkt. 11 until the afternoon of September 7. Had either party called chambers or the after-hours line on September 4 to clarify the language of the release order, the Court would have resolved it promptly.

Dated this 7th day of September, 2026.

Tiffany M. Cartwright
United States District Judge